UNITED STATES of America,
Plaintiff-Appellee,

v.

William Lynn YOUNG, Defendant-Appellant.

No. 16-1430

United States Court of Appeals,
Tenth Circuit.

Filed March 9, 2017

Michael Conrad Johnson, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

Meredith B. Esser, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before MATHESON, BACHARACH, and PHILLIPS, Circuit Judges.

**ORDER AND JUDGMENT** *

Per Curiam

This matter is before us on Appellee's *Unopposed Motion for Summary Affirmance*. The United States moves for summary affirmance of the district court's judgment in light of the Supreme Court's decision in *Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145, 2017 WL 855781 (Mar. 6, 2017). Appellant William Lynn Young does not oppose the motion.

Upon consideration, the motion is granted. The judgment of the district court is affirmed.

The mandate shall issue forthwith.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.